FILED IN OPEN COURT
ON 4/3/14
Julie A. Richards, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA
V.

BABATUNDE PEDRO

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:14-MJ-1299

CHARGING DISTRICTS CASE NUMBER: 14MJ53-01-JD

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

_____ District of __NEW HAMPSHIRE__ ; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) 55 Pleasant Street, Room 110 Concord, NH on April 11, 2014 AT 2:00 pm .

*Date and Time*

3 April 2014
*Date*

Signature of Judge

JAMES E. GATES
*Name and Title of Judge*